```
                     UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                            RENO, NEVADA
```

FREDRICK CONNORS,                  )    3:10-CV-00288-ECR-VPC
                                   )
    Plaintiff,                     )    MINUTES OF THE COURT
                                   )
vs.                                )    DATE: July 28, 2010
                                   )
CHARTER COMMUNICATIONS, et al.,    )
                                   )
    Defendants.                    )
_____)

PRESENT:      EDWARD C. REED, JR.                U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN      Reporter:    NONE APPEARING

Counsel for Plaintiff(s)             NONE APPEARING

Counsel for Defendant(s)             NONE APPEARING

MINUTE ORDER IN CHAMBERS

   On June 16, 2010, the Magistrate Judge filed a Report and Recommendation (#4) recommending that this action be dismissed. Plaintiff has filed Objections (#5) to the Report and Recommendation (#4). The Objections (#5) are without merit.

   **IT IS, THEREFORE, HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation (#4) is **APPROVED** and **ADOPTED**.

   **IT IS FURTHER ORDERED** that this action is **DISMISSED**.

   The Clerk shall enter judgment accordingly.

                                          LANCE S. WILSON, CLERK

                                          By      /s/
                                               Deputy Clerk